**Fill in this information to identify the case:**

Debtor 1    Ernest Dean Nixon

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle   District of   Tennessee
                                                                   (State)

Case number      3:17-bk-02814

<u>Official Form 410S2</u>

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank, as Trustee for GSMPS Mortgage Loan Trust 2003-1 As Serviced by Nationstar Mortgage LLC | **Court claim no.** (if known):     4-1 |

**Last four digits** of any number you use to identify the debtor's account:     4202

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒    No

☐    Yes. Date of the last notice: _____.

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | _____ | (1) | |
| 2. | Non-sufficient funds (NSF) fees | _____ | (2) | |
| 3. | Attorney fees | Plan Review    06/28/2017 | (3) | $300.00 |
| 4. | Filing fees and court costs | _____ | (4) | |
| 5. | Bankruptcy/Proof of claim fees | _____ | (5) | |
| 6. | Appraisal/Broker's price opinion fees | _____ | (6) | |
| 7. | Property inspection fees | _____ | (7) | |
| 8. | Tax advances (non-escrow) | _____ | (8) | |
| 9. | Insurance advances (non-escrow) | _____ | (9) | |
| 10. | Property preservation. Specify: | _____ | (10) | |
| 11. | Other. Specify: | _____ | (11) | |
| 12. | Other. Specify: | _____ | (12) | |
| 13. | Other. Specify: | _____ | (13) | |
| 14. | Other. Specify: | _____ | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

Case 3:17-bk-02814    Doc 27    Filed 11/28/17    Entered 11/28/17 14:59:29    Desc Main
Document     Page 1 of 4

See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

5559-N-0852

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Andrew Kussmaul**
Signature

Date   11/28/2017

Print   **Andrew Kussmaul**
      First Name    Middle Name    Last Name

Title   Authorized Agent for Nationstar Mortgage LLC

Company   Buckley Madole, P.C.

Address   14841 Dallas Parkway, Suite 300
       Number         Street

       Dallas, Texas  75254
       City            State            ZIP Code

Contact phone   (972) 643-6600          Email   POCInquiries@BuckleyMadole.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 28, 2017 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*
Ernest Dean Nixon
4708 Delia Dr
Antioch, TN 37013-3302

**Debtors' Attorney**
Jon Daniel Long
Long Burnett & Johnson Pllc
302 42ND AVE N
NASHVILLE, TN  37209-3602

**Chapter 13 Trustee**
Henry Edward Hildebrand, III
P.O. Box 340019
Nashville, Tennessee 37203-0019

Respectfully Submitted,

/s/ **Andrew Kussmaul**